# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02005-REB-NYW

DEBRA L. RIGGS,

      Plaintiff,

v.

AT&T,

      Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

      IT IS ORDERED that a Status Conference is hereby set for **November 17, 2015, at 11:30 a.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LR 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

      IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

Debra L. Riggs
10483 West Turtle Mountain
Littleton, CO 80127

DATED: October 22, 2015