**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-02005-REB-NYW

DEBRA L. RIGGS,

      Plaintiff,

v.

AT&T,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#9] entered by Judge Robert E. Blackburn on April 29, 2016, it is

ORDERED that the plaintiff's claims against defendant are dismissed without prejudice for failure to prosecute; it is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 29th day of April, 2016.

                                        FOR THE COURT:

                                        Jeffrey P. Colwell, Clerk

                                        By: s/ Kathleen Finney
                                              Kathleen Finney
                                              Deputy Clerk